AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE PENSION, WELFARE
AND VACATION FRINGE BENEFIT FUNDS
OF IBEW LOCAL 701,

V.

NEW ASPEN ELECTRIC, INC.,
an Illinois corporation, and , n/k/a NAE, LLC, an
Illinois Limited Liability company and
DAVID J. SIEB, individually,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07CV7261

JUDGE: JUDGE GETTLEMAN

DESIGNATED
MAGISTRATE JUDGE: MAG. JUDGE MASON

TO: (Name and address of Defendant)

NEW ASPEN ELECTRIC, INC., an Illinois corp. and n/k/a NAE, LLC, an IL Limited Liability company
c/o John N. Bielski, its registered agent
~~422 North Northwest Highway~~  166 W. Washington Ste 300
~~park Ridge, IL  600068~~  Chicago IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____   DEC 27 2007
(Signature)                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/8/08 @ 12:15 pm |
| NAME OF SERVER (PRINT)  Brian Riebel | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Served New Aspen Electric Inc c/o Res Agent John Bielski at law office 166 W. Washington ste 300 Chicago IL c/o Thom Stilp, law partner (w/m 45)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/08
         Date                  Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.