AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE PENSION, WELFARE
AND VACATION FRINGE BENEFIT FUNDS          **SUMMONS IN A CIVIL CASE**
OF IBEW LOCAL 701,

V.

NEW ASPEN ELECTRIC, INC.,                  CASE NUMBER:
an Illinois corporation, and , n/k/a NAE, LLC, an
Illinois Limited Liability company and     **07CV7261**
DAVID J. SIEB, individually,               **JUDGE GETTLEMAN**
                                           **MAG. JUDGE MASON**

                                           MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ROBERT J. SIEB, individually
~~2240 Elmhurst Road~~         510 Pine Ct.
~~Elk Grove Village, IL 60007~~   Lake Bluff IL 60044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                                    DEC 27 2007
                                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-23-08 @ 7:00pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Robert Sieb at residence 510 Pine Ct. Lake Bluff IL 60044 (w/m 40 black hair)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-23-08
           Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.