## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7261 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Trustees of the Pension    vs    New Aspen Electric | | |

**DOCKET ENTRY TEXT:**

Case called for status hearing.  No one appears.  This case is dismissed for want of prosecution.

[Docketing to mail  notice]

00:02

| | Courtroom Deputy | GDS |
|---|---|---|