IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, <br><br>   Plaintiffs, <br><br>   vs. <br><br> NEW ASPEN ELECTRIC, INC. Illinois corporation, and n/k/a NAE, LLC, an Illinois Limited Liability company and and ROBERT J. SIEB, Individually, <br><br>   Defendants. | No. 07 C 7261 <br><br> Judge Robert W. Gettleman |

## PLAINTIFFS' MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION

Plaintiffs, by their attorneys, **ARNOLD AND KADJAN** and **JOHN F. ETZKORN**, hereby move this Court, pursuant to the provisions of Rule 59(e) of the Federal Rules of Civil Procedure, to vacate the Dismissal for Want of Prosecution entered on March 19, 2008 and, in support thereof, state as follows:

1. Plaintiffs filed their Complaint herein on December 27, 2007.

2. Plaintiffs obtained service of process on the corporate defendant on January 8, 2008 and the individual defendant on January 23, 2008 pursuant to the Proofs of Service previously filed herein.

3. This matter was set for status on March 19, 2008 and John F. Etzkorn, attorney for Plaintiffs herein, failed to appear owing to his having failed to diary the matter for hearing and to arrange for attendance at the hearing by a substitute, as Etzkorn was out of town March 15 through March 19 on a family vacation.

4. Defendants have not appeared or answered within the time allowed by law and Plaintiffs have prepared a Motion for Judgment, which they will present with notice on a short day as soon as this case is reinstated.

WHEREFORE, Plaintiffs, pursuant to the provisions of Rule 59(e) of the Federal Rules of Civil Procedure, move this Court to vacate the Dismissal for Want of Prosecution entered on March 19, 2008 and to set this matter for a short date for presentation of Plaintiffs' Motion for Judgment.

**TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701,**

By: s/ John F. Etzkorn
One of the Plaintiffs Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, IL 60604-3958
(312) 236-0415