## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE PENSION, WELFARE    )
AND VACATION FRINGE BENEFIT FUNDS   )
OF IBEW LOCAL 701,    )
    )
    Plaintiffs,    )
    )
    vs.    )    No. 07 C 7261
    )
NEW ASPEN ELECTRIC, INC.    )    Judge Robert W. Gettleman
Illinois corporation, and n/k/a NAE, LLC, an   )
Illinois Limited Liability company and    )
and ROBERT J. SIEB, Individually,    )
    )
    Defendants.    )

## NOTICE OF MOTION

To:

New Aspen Electric, Inc.    Robert J. Sieb, Individually
c/o John N. Bielski, it registered agent    510 Pine Ct.
166 W. Washington Ste. 300    Lake Bluff, IL 60044
Chicago, IL 60602

PLEASE TAKE NOTICE THAT on, Wednesday, March 26, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman or any Judge sitting in her stead, in Room 1703 of the Federal District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, a copy of which is attached and served upon you.

_____s/ John F. Etzkorn_____

ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415

## PROOF OF SERVICE

I, Barbara Wood, a non-attorney, on oath state that I served this Notice by electronically filed the attached, Motion to Vacate Dismissal for Want of Prosecution and Notice of Motion, with the Clerk of the Court using the CM/ECF system and sending a copy to the above named individuals at their respective addresses by UPS overnight mail and depositing in drop off box Dearborn and Jackson Streets on this 21st day of March, 2008, at or before the hour of 5:00 p.m..

_Barbara Wood_

SUBSCRIBED AND SWORN to before me
this 21st day of March 2008.

_Valerie Stelmachowski_
Notary Public

OFFICIAL SEAL
VALERIE STELMACHOWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/11