# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7261 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Trustees of IBEW Local 701    vs    New Aspen Electric | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [10] to vacate dismissal is GRANTED.
Status hearing is set for 4/17/2008, at 9:00 a.m.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|