# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Pension, Welfare and Vacation Fringe
Benefit Funds of IBEW Local 701

                Plaintiff,

v.

                Case No.: 1:07−cv−07261

                Honorable Robert W. Gettleman

New Aspen Electric, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 6/24/2008. Status hearing set for 7/15/2008 at 9:15 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.