## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | No. 07 C 7261 |
| **NEW ASPEN ELECTRIC, INC. Illinois corporation, and n/k/a NAE, LLC, an Illinois Limited Liability company and and ROBERT J. SIEB, Individually,** | ) ) ) ) ) | Judge Robert W. Gettleman |
| **Defendants.** | ) | |

### MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, JOHN F. ETZKORN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs and against Defendants, NEW ASPEN ELECTRIC, INC. an Illinois corporation and n/k/a NAE, LLC, an Illinois Limited Liability company and DAVID J. SIEB, individually, in the amount of $125,213.34.

In support of their motion, thereof, Plaintiffs state as follows:

1.     This case was filed on December 27, 2007.

2.     Defendants NEW ASPEN ELECTRIC, INC. an Illinois corporation and n/k/a NAE, LLC, an Illinois Limited Liability company was served on January 8, 2008 c/o John N. Bielski, its registered agent and ROBERT J. SIEB, Individually as served on January 23, 2008 and have not appealed or answered within the time allowed by law.

3.     Pursuant to the Affidavit of Pat Zak, Assistant Administrator of the Funds, attached hereto, Defendants have not paid and owe the Funds $57,695.66 for shortages on prior contribution

2

reports plus $19,500.19 for accumulated liquidated damages on late monthly remittances plus $34,026.32 for the balance unpaid on an Installment Note plus $6,656.17 for interest on the unpaid note balance through June 1, 2008. Also pursuant to Mr. Zak's Affidavit, interest continues to accrue on the unpaid note balance portion of the delinquency after June 1, 2008 at the rate of $20.06 per diem.

4.     Pursuant to the Affidavit of John F. Etzkorn, attached hereto, the Plaintiffs have incurred $7,335.00 in reasonable attorneys' fees and costs in the course of prosecuting this action, and such fees and costs are required to be paid by Defendants pursuant to the applicable trust agreements and pursuant to ERISA at 29 U.S.C. Section 1132(g)(2).

WHEREFORE, Plaintiffs request this Court for relief as follows:

A.     Enter judgment in favor of Plaintiffs and against Defendants, NEW ASPEN ELECTRIC, INC. and ROBERT J. SIEB, in the sum of $125,213.34 consisting of $34,026.32 due for the last payment on a defaulted Installment Note plus $57,695.66 for shortage on prior contribution reports plus $19,500.19 for accumulated liquidated damages on late payments, $6,656.17 in post-default interest, and $7,335.00 in attorneys' fees and costs, plus interest as it continues to accrue after June 1, 2008 through the date of judgment at $20.06 per diem.

B.     This Court grants such other relief as it deems equitable and just under the circumstances.

                                        TRUSTEES OF THE PENSION,
                                        WELFARE AND VACATION FRINGE
                                        BENEFIT FUNDS OF IBEW LOCAL 701,


                                        By:____s/ John F. Etzkorn_____
                                             One of their Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE PENSION, WELFARE**<br>**AND VACATION FRINGE BENEFIT FUNDS**<br>**OF IBEW LOCAL 701,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | |
| **vs.** | ) <br> ) | **No. 07 C 7261** |
| **NEW ASPEN ELECTRIC, INC.**<br>**Illinois corporation, and n/k/a NAE, LLC, an**<br>**Illinois Limited Liability company and**<br>**and ROBERT J. SIEB, Individually,** | ) <br> ) <br> ) <br> ) <br> ) | **Judge Robert W. Gettleman** |
| **Defendants.** | ) <br> ) | |

## AFFIDAVIT

JOHN F. ETZKORN, being first duly sworn, on oath deposes and states as follows:

1.      He is a partner employed by the law firm of Arnold & Kadjan, Attorneys for Plaintiffs in this lawsuit.

2.      In that capacity, he is familiar with the books and records of Arnold & Kadjan as they relate to the instant lawsuit; he has examined those books and records and finds the following legal services have been billed and/or rendered to Plaintiffs herein by Arnold and Kadjan in connection with the instant lawsuit:

| | | |
|---|---|---|
| 03/19/2007 | 1.00 | 200.00 |
| 03/21/2007 | 1.00 | 200.00 |
| 03/23/2007 | 2.00 | 400.00 |
| 03/26/2007 | 0.50 | 100.00 |
| 03/27/2007 | 1.50 | 300.00 |
| 03/29/2007 | 1.00 | 200.00 |
| 05/15/2007 | 0.50 | 100.00 |
| 08/09/2007 | 0.50 | 100.00 |
| 08/16/2007 | 0.50 | 100.00 |
| 08/24/2007 | 2.00 | 400.00 |
| 08/28/2007 | 0.50 | 100.00 |
| 08/29/2007 | 0.50 | 100.00 |

4

| | | |
|---|---|---|
| 08/31/2007 | 1.00 | 200.00 |
| 09/05/2007 | 0.50 | 100.00 |
| 09/06/2007 | 1.50 | 300.00 |
| 09/07/2007 | 0.50 | 100.00 |
| 09/13/2007 | 0.50 | 100.00 |
| 09/17/2007 | 0.50 | 100.00 |
| 09/21/2007 | 1.00 | 200.00 |
| 10/03/2007 | 3.00 | 600.00 |
| 03/21/2008 | 2.00 | 400.00 |
| 03/26/2008 | 1.00 | 200.00 |
| 04/17/2008 | 1.00 | 200.00 |
| 04/17/2008 | 0.50 | 100.00 |
| 04/18/2008 | 1.50 | 300.00 |
| 05/07/2008 | 1.00 | 200.00 |
| 05/08/2008 | 1.00 | 200.00 |
| 05/14/2008 | 0.50 | 100.00 |
| 05/15/2008 | 2.50 | 500.00 |
| 05/20/2008 | 1.00 | 200.00 |
| 05/28/2008 | 2.00 | 400.00 |


TOTAL ATTORNEYS' FEES    34.0    $6,800.00

3.    In addition, the following costs were incurred in connection with this matter:

| | | |
|---|---|---|
| 12/11/2007 | Filing Fee Clerk, U.S. District | 350.00 |
| 01/31/2008 | Process Server, The Argus Agency, Inc. | 169.00 |
| 04/04/2008 | Messenger Service | 16.00 |

TOTAL COSTS:    $535.00

4.    I certify that the foregoing costs and attorneys' fees, totaling $7,335.00 were necessary and reasonable.

JOHN F. ETZKORN

SUBSCRIBED AND SWORN TO before me this 2 day of July, 2008.

Notary Public

OFFICIAL SEAL
VALERIE STELMACHOWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/11

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE<br>AND VACATION FRINGE BENEFIT FUNDS<br>OF IBEW LOCAL 701, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | No. 07 C 7261 |
| NEW ASPEN ELECTRIC, INC.<br>Illinois corporation, and n/k/a NAE, LLC, an<br>Illinois Limited Liability company and<br>and ROBERT J. SIEB, Individually, | ) ) ) ) ) | Judge Robert W. Gettleman |
| Defendants. | ) ) | |

### A F F I D A V I T

PATRICK ZAK, being first duty sworn, on oath deposes and states as follows:

1.    He is an employee and the Assistant Administrator of the IBEW Local 701 Fringe

Benefit Funds captioned above (the "Funds").

2.    In that capacity he is personally familiar with and has personally reviewed the Funds'

books and records regarding that certain Installment Note dated March 27, 2007 executed by NAE,

LLC., f/k/a NEW ASPEN ELECTRIC, INC. ("NEW ASPEN, INC.") and RICHARD M. SIEB,

individually (the "Note"), a copy of which is attached hereto.

3.    Defendants have made two payments on the Installment Note in the amount of

$42,782.09 each and, allowing the specified credit of $8,755.77 and also allocating each payment to

principal and interest, a balance remains due and owing under the Note of $34,026.32 through and

including May 30, 2007; in addition, interest continues to accrue on and after June 1, 2007 at the rate

of 18% per annum.

4.    Besides the balance due and owing on the Note, NEW ASPEN, INC. owes the Funds

an additional $57,696.66 for an underpayment in made on its September, 2006 Report Form plus

accumulated liquidated damages (late charges) on late paid Report Forms of $19,500.19.

5.    Accordingly, NEW ASPEN, INC. owes the Funds $111,222.17 ($57,596.66 + $34,026.32 + 19,500.19) plus interest on the note balance, which I have calculated and which consists of $6,656.17 ($34,026.32 at 18% default rate of interest from 6/1/07 through 6/1/08), or a total of $117,779.34, plus interest as it continues to accrue on and after 6/1/08 at 18% per annum, which accrues at the rate of $20.06 per diem.

6.    Affiant suffers from no incapacity and, if called as a witness, can testify competently to each and very fact alleged herein.

_____
                                                        Patrick Zak

Subscribed and sworn to before me
this 26th day of June 2008.

_____
Notary Public



CAROL FLOOD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 18, 2011

G:\jfe\701\NEW ASPEN\AFFID - ZAK RE NOTE BAL - 6-24-08.doc