IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW ASPEN ELECTRIC, INC. Illinois corporation, and n/k/a NAE, LLC, an Illinois Limited Liability company and and ROBERT J. SIEB, Individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 07 C 7261 ) ) Judge Robert W. Gettleman ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:

New Aspen Electric, Inc.  
c/o John N. Bielski, its registered agent  
166 W. Washington, Suite 300  
Chicago, IL 60602

Robert J. Sieb, Individually  
510 Pine Ct.  
Lake Bluff, IL 60044

PLEASE TAKE NOTICE THAT on July15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Room 1703, or any other Judge sitting in his stead in the Federal District Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion for Judgment in Sum Certain.

John F. Etzkorn  
ARNOLD AND KADJAN  
19 W. Jackson Blvd.  
Chicago, Illinois 60604  
(312) 236-0415

## PROOF OF SERVICE

I, Barbara Wood, a non-attorney, on oath state that I served this Notice of Motion by having a copy sent to the above named individuals at their respective addresses by placing same in an envelope and depositing same in the U.S. Post Office located at Dearborn and Jackson Streets on this 3rd day of July, 2008, at or before the hour of 5:00 p.m.

*Barbara Wood*

SUBSCRIBED AND SWORN to before me this 3 day of ~~April~~ July, 2008.

*Valerie Stelmachowski*  
Notary Public

OFFICIAL SEAL  
VALERIE STELMACHOWSKI  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:03/03/11