## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7261 | **DATE** | 7/15/2008 |
| **CASE TITLE** | IBEW Local 701    vs    New Aspen Electric, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
Plaintiffs are granted leave to file an amended complaint adding a defendant.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|