# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7261 | DATE | 7/17/2008 |
| CASE TITLE | Trustees of the Pension   vs   New Aspen Electric, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [17] for default judgment is granted and judgment is entered in favor of plaintiff and against defendants New Aspen Electric, Inc. and Robert J. Sieb, in the amount of $125,213.34. Execution may issue.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|