

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW ASPEN ELECTRIC, INC. Illinois corporation, and n/k/a NAE, LLC, an Illinois Limited Liability company, Robert J. Sieb, Individually, and RICHARD SIEB, Individually <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 07 C 7261 <br> ) <br> )Judge: Gettleman <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

THIS CAUSE coming on to be heard on Motion of Plaintiffs for Default and for Judgment in Sum Certain, due notice having been given, and Defendants having been served and having failed to Appear and Answer;

IT IS HEREBY ORDERED:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants NEW ASPEN ELECTRIC, INC. Illinois corporation, and n/k/a NAE, LLC, an Illinois Limited Liability company, Robert J. Sieb, Individually, in the amount of $125,213.34; and

2. The judgment amount consists of $34,026.32 due for the last payment on a defaulted Installment Note plus $57,695.66 for shortage on prior contributions reports plus $19,500.19 for accumulated liquidated damages on late payments, $6,656.17 in post default interest, and $7,335.00 attorneys' fees and costs, which is hereby awarded pursuant to the

provisions of 29 U.S.C. Section 1132(g)(2).

3. Execution may issue instanter.

DATED: July 17, 2008

ENTER: _____
HONORABLE ROBERT W. GETTLEMAN

JOHN F. ETZKORN
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415